IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR RAHMAN,<br>　　　　　Plaintiff,<br><br>v.<br><br>MELONI HANDBERRY, *et al.*,<br>　　　　　Defendants. | :<br>:<br>:<br>:   CIVIL ACTION NO. 18-1898<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 25th day of August 2020, upon consideration of Defendant Udo-Inyang's Motion to Dismiss [Doc. No. 26] and the response thereto, and as no supplemental opposition to the Motion has been filed by counsel in accordance with the Court's previous Order [Doc. No. 40], it is hereby **ORDERED** that the Motion is **GRANTED** and the claims against Defendant Udo-Inyang will be **DISMISSED without prejudice**. Plaintiff may file a Second Amended Complaint by **September 15, 2020**. The Clerk is directed to **TERMINATE** Defendant Udo-Inyang on the docket.

It is further **ORDERED** that if Plaintiff wishes to proceed against Defendants Carter and Handberry, who have still not been properly served, he must make proper service on both Defendants and file affidavits of service no later than **30 days** after the filing of the Second Amended Complaint.

It is so **ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J.**